ALFRED HERRMAN and Others, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. THE NATIONAL COLD STORAGE CO., INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ABRAHAM WATERMAN, the Legal Owner and Holder of Bonds and/or Certificates of Deposit of One Hundred Fourth Street and West End Avenue Corporation, Suing Individually and in a Representative Capacity in Behalf of All Such Bond Owners and Holders of Certificates of Deposit as Are Similarly Situated, Appellant, Respondent, v. ONE HUNDRED FOURTH STREET AND WEST END AVENUE CORPORATION and Others, Defendants, Impleaded with SAMUEL J. TILDEN STRAUS, Respondent, Appellant.— Order reversed, with twenty dollars costs and disbursements to the plaintiff, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IRVING I. PARVER, Respondent, v. MATTHEWS-KADETSKY CO., INC., Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as " The Swedish Match Company ") and Others, Plaintiffs, v. BANKERS TRUST COMPANY OF NEW YORK and Another, Respondents, Impleaded with EDWARD S. GREENBAUM, as Trustee in Bankruptcy of the Estate of Aktiebolaget Kreuger & Toll, Bankrupt, Appellant, and FREDERIC W. ALLEN and Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN KLEINMAN, Respondent, v. FRANK DE VITO, Defendant, Impleaded with CLEMENTE CONTRACTING CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAE M. SIMPSON, Appellant, v. GEYSER REALTY CORPORATION and Another, Defendants, Impleaded with NORGE CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to modify by granting items 3 and 4 of the notice of motion.

ABRAHAM H. COHEN, Plaintiff, v. BACHMANN, EMMERICH & Co., INC., and Others, Defendants. In re Attorney's Lien of ISADORE GLAUBERMAN, Respondent; ABRAHAM H. COHEN, Appellant.— Order modified by reducing the amount of the lien to the sum of $750, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J.; Martin, O'Malley, Townley and Glennon, JJ.

HERBERT E. MEYER, as a Policyholder and in Behalf of All Other Policyholders Similarly Situated Who Shall Choose to Become Parties to this Action, Appellant, v. WILLIAM ROBERTS and Others, Respondents.— Order reversed, with twenty

dollars costs and disbursements, and the motion granted as to all items except 1(c), 3(b) and 5 of the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.